IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BARRY MOORE WEST, JR., | * |
| Plaintiff, | * |
| v. | Case No.  3:20-cv-119-CAR-MSH |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated January 4, 2022, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 4th day of January, 2022.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk